

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

**Randolph Jack Solo**

    **Plaintiff,**

v.                                                     Case No. 3:25-cv-724

**Walmart Inc.**

    **Defendant.**

                                                       JURY DEMAND? YES

## COMPLAINT

15 U.S.C. § 1125(a)
False Advertising, Breach of Contract, Negligence, Fraud

Plaintiff seeks **$55,002,000,850.00** in relief.

1. **Jurisdiction**. Plaintiff (Randolph Jack Solo) is suing Defendant (Walmart Inc.) for False Advertising, a deliberate and willful act, under Section 43(a) of the Lanham Act [15 U.S.C. § 1125(a)]. Plaintiff also claims damages due to Breach of Contract, Negligence, and Fraud on the part of Defendant (under Diversity of Citizenship rules [28 U.S.C. § 1332]).

2. **Venue**. All events took place in Charleston, West Virginia and Huntington, West Virginia. Plaintiff currently resides in Cabell County (Barboursville), West Virginia.

3. Defendant is Walmart Inc., a Delaware corporation, a publicly traded company (symbol WMT on NYSE), doing business and headquartered at 1 CUSTOMER DRIVE, BENTONVILLE, AR, 72716.

4. Plaintiff is Randolph Jack Solo, residing in Cabell County (Barboursville, WV), and receiving correspondence at P.O. Box 33, Barboursville, WV 25504.

5. At precisely 8:20am on Monday, May 12, 2025, I (Plaintiff) tried to return for refund, two bags of Walmart "Great Value" Dry Roasted Pistachios (at a Walmart store at 2700 Mountaineer Blvd., South Charleston, WV 25309).

6. The guaranty on the Great Value Pistachios reads: "Great Quality. Great Price. Guaranteed. Our guarantee is our promise that you'll be fully satisfied with the quality of every Great Value product. If for any reason you aren't happy, we'll replace it or return your money. Whichever you prefer. *All you need is the package.* It's that simple. Guaranteed." (italics added).

7. The sentence "All you need is the package.", in American english, means: a) The package may be empty. b) No receipt is required.

8. April, an employee of Walmart denied the return. Then Zack, a manager, denied the return. Then Justin, a second manager, also denied the return. Lastly, in one more attempt to reach compromise, I asked Justin to *replace* the product, suggesting maybe they were defective—but he refused this as well.

9. This is NOT the first time that this Walmart has refused to honor the guarantee written on their packaging. On or about March 6, 2025, around 8:40am, I tried to return (at the same Walmart) two containers of Walmart "Great Value" Maple Syrup, two (empty) Light Corn Syrups, Walmart Paper Towels, and Walmart "Best Value" Gallon Freezer Bags— but Nick, the manager, said "But, you ate it all!" and denied the return. Also, on or about March 19, 2025, around 8:00am, I tried to return (at this same Walmart) half a box (5 envelopes) of Walmart "Great Value" Nonfat Dry Milk (10-pack), but this return was also denied.

10. On Tuesday June 10, 2025 (around 820am) I tried again—this time with an audio recorder in hand – at the Quincy Walmart (doing business at 1001 Warrior Way, Quincy, WV 25015). I brought an empty "Great Value" Seltzer Water and an empty "Great Value" Paper Towels to the customer service desk. I asked for my money back, pointing out that both packages clearly say "All you need is the package" and stating that here are the packages. The initial employee refused, the first manager refused (but offered me an exchange after seeing the red light on the sound recorder in an open pocket of my backpack), and then (when I returned with the new products in hand for an exchange) the second manager denied everything (overriding the decision of the first manager). I left the store empty-handed. Please refer to audio recording entitled "QuincyWalmart0610.WAV"

11. On Monday July 7, 2025 (in the morning), again at the Quincy Walmart, I tried to return a Great Value Apple Sauce, Pineapple Chunks, Whole Dry Milk, Tropical Trail Mix, and

3

Spaghetti. The employee (recognizing me from a few weeks earlier) immediately called the manager. The manager (who intentionally covered her name tag) refused the return because I ate all the product. Please see Audio-Video Recording entitled "Walmart1 Video Quincy."

12. Later, on Monday July 7, 2025 (that afternoon), this time at the South Charleston Walmart, I tried to return the same set of empty packages—a Great Value Apple Sauce, Pineapple Chunks, Whole Dry Milk, Tropical Trail Mix, and Spaghetti. The employee refused the return because I had no receipt. When I asked what "All you need is the package" meant, he did not seem to know, guessing that it was some type of manufacturer warranty. Please see Audio-Video Recording "Walmart2 Video South Charleston."

13. On Tuesday, July 8, 2025 (in the morning), I tried to return an empty "Great Value" Dried Dates and an empty can of "Great Value" Pears in Juice at the Nitro Walmart (doing business at 100 Nitro Market, Cross Lanes, WV 25313). The employee offered me an exchange but I insisted that I wanted my money back—which she refused. **She said that the machine (i.e., computer system) that Walmart had setup actually prevented her from issuing any returns without a receipt.** Please see Audio-Video Recording entitled "Walmart3 Video Nitro."

14. Walmart has intentionally setup their computer systems to require a receipt, making honoring of the written guaranty impossible. This is strong evidence of Fraud.

4

15. Walmart training videos and other training materials instruct Walmart employees to require, for all returns and/or exchanges, that the package contain at least some unused product and that a receipt be presented. Both of these requirements contradict the written guarantee on the Great Value products.

16. On or about September 8, 2025, I successfully returned one package of "Great Value" dried Mango, explaining to the Walmart employee (Barboursville, WV) that the product "made me sick" possibly because of improper handling, processing, or storage. I noted that the dried mango "smelled funny" perhaps due to mold growth during drying or storage. The product caused intense nausea and diarrhea several hours after eating it. In this case, the money was returned, credited to my electronic account; but presentation of a receipt was necessary. This is the only time that the guarantee was honored, but I am well-known at this particular Walmart store, so they probably let me pass more easily than usual customers (i.e., they made an exception).

17. It is Walmart (Defendant's) normal business practice to require, for all returns and/or exchanges, that at least some unused food is left in the package and that a receipt be presented.

18. Without this unusually generous money-back guarantee—of "All you need is the package."—I would have NEVER bought ANY "Great Value" product from Walmart, since they appear inferior.

19. Walmart (Defendant) never had any intention of honoring their product guarantee.

5

# RELIEF

**A.** Plaintiff asks The Court to award (i.e., order) monetary compensation from Defendant for Total Damages in the amount of $55,002,000,850.00 (fifty five billion two million eight hundred and fifty dollars) comprised of:

1. $2,000,000 (two million dollars) for Pain & Suffering, directly caused by Defendant's actions and/or inactions, plus

2. $700 for Court Fees plus

3. $150 for Out-of-Pocket Expenses and

4. $55,000,000,000 (fifty five billion dollars) in Punitive Damages, to send a clear message throughout the corporate grocery industry and to safeguard future consumers. This is an estimate of the gross sales for the Great Value label in one year—all ill-gotten gains, and a fair punishment for a rich corporation.

**B.** Plaintiff also asks The Court for INJUNCTIVE RELIEF in the form of a Court Order, forcing Defendant to REMOVE the words "All you need is the package." from all their Great Value products.

**C.** Plaintiff also asks The Court for any other relief that The Court deems appropriate.

I certify that all these statements are true.

_[signature]_                                           12/8/2025

Randolph J. Solo, Plaintiff (Pro Se)                  Date

P.O. Box 33

Barboursville, WV 25504

rsolo007@proton.me

County of Cabell
State of West Virginia
The foregoing instrument was acknowledged before me this 8 day of December, 2025
by Randolph J. Solo
Jordan Krueger, Notary Public
My commission expires 4/12/29

_[signature: Jordan Krueger]_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Jordan Krueger
Barboursville Public Library
749 Central Avenue
Barboursville WV 25504
My Commission Expires April 12, 2029